**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Cr. No.  1:20-cr-90-SM-02/04 |
| ) | |
| **SETH SHACKFORD (ET AL),** ) | |
| **JESSICA JONES** ) | |

_____

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 31st day of August, 2020.

This 31st day of August, 2020.

                                               SCOTT W. MURRAY
                                               United States Attorney


                                               /s/ Joachim H. Barth
                                               Joachim H. Barth
                                               Assistant U.S. Attorney

WARRANT ISSUED:  _____